IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-00006-RJC-DSC *SEALED*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SEMBER LYNN SMATHERS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's "Motion to Unseal Indictment and Arrest Warrant" (document # 5) filed January 23, 2013. For the reasons set forth therein, the Motion will be granted. It is hereby ORDERED that the Bill of Indictment and Arrest Warrant be unsealed.

The Clerk is directed to send copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: January 23, 2013

David S. Cayer
United States Magistrate Judge